UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:06-CR-4-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**TERRON McALLISTER** | ORDER TO SEAL |

On motion of the Defendant, Terron McAllister, and for good cause shown, it is hereby ORDERED that the **[DE 134]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 19 day of May 2018.

JAMES C. DEVER, III
Chief United States District Judge